UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAURILIO CHAVEZ-PINA,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 2:26-cv-03343-TMC<br><br>ORDER GRANTING IN PART AND DENYING IN PART PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

The petition for writ of habeas corpus is GRANTED IN PART and DENIED IN PART. Self-represented Petitioner Maurilio Chavez-Pina argues that his detention without a pre-deprivation hearing violates due process, and he seeks immediate release from custody. Dkt. 5 at 10–18. In their return, Federal Respondents concede that Petitioner qualifies for a bond hearing under *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025), *aff'd*, 183 F.4th 1160 (9th Cir. 2026). Dkt. 7 at 1–2. The primary relief available under *Rodriguez Vazquez* is a bond hearing under 8 U.S.C. § 1226(a). 802 F. Supp. 3d at 1336. Petitioner, who remained in the United States after his grant of deferred action expired and did not seek to renew that status, has not shown that the procedures available under § 1226(a) are insufficient to satisfy due process in

this case. *See* Dkt. 8-2 at 3–4. As directed below, if Respondents fail to provide Petitioner with a bond hearing within 14 days of this order, they must release him.

Accordingly, the Court ORDERS as follows:

1. The petition for writ of habeas corpus (Dkt. 5) is GRANTED IN PART and DENIED IN PART.

2. Within 14 days of this order, Respondents must either release Petitioner Maurilio Chavez-Pina or provide him a bond hearing under 8 U.S.C. § 1226(a).

3. If Petitioner is released, Respondents must return to Petitioner any personal property, including any personal identification document (other than a passport) and any employment authorization document.

4. Nothing in this order prevents an Immigration Judge from granting a request by Petitioner for a continuance in his bond proceedings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 13th day of November, 2026.

Tiffany M. Cartwright
United States District Judge